No. 10–7252. BAKER *v.* SIMPSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–7253. DAVIS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–7254. LOPEZ CALDERON *v.* SWARTHOUT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7257. TOUA HONG CHANG *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 10–7259. ROGERS *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7261. WILLIAMS *v.* HAVILAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7262. ROSE *v.* COX HEALTH SYSTEMS ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–7264. ROBERTS *v.* SINGER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7266. SILVA ROSA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7267. RUSSELL *v.* LAVALLEY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–7271. PATTERSON *v.* SUPERIOR COURT OF CALIFORNIA, SOLANO COUNTY. C. A. 9th Cir. Certiorari denied.

No. 10–7272. MEAD *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–7279. ARMSTRONG *v.* REDDING PAROLE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7280. STALEY *v.* OWENS, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.